FILED
August 15, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)   Case No. MAG. 08-0272 KJM
            Plaintiff,         )
v.                             )   ORDER FOR RELEASE OF
                               )   PERSON IN CUSTODY
KOUTKEO THI,                   )
                               )
            Defendant.         )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release KOUTKEO THI, Case No. MAG. 08-0272 KJM, Charge Title 21 USC §§ 846; 841 (a)(1); 843 (b), from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__   Release on Personal Recognizance

X    Bail Posted in the Sum of $ 100,000

X    Unsecured Appearance Bond *to be replaced by a secured bond in amount of $50,000 w/i 2 weeks secured by brother's property*

__   Appearance Bond with 10% Deposit

__   Appearance Bond with Surety

__   Corporate Surety Bail Bond

X    (Other) *Pretrial Services Supervision of Condition.*

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on August 15, 2008 at 3:15 ☒pm.

By _____
Dale A. Drozd
United States Magistrate Judge