1 **JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
2 **LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
3 SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
4 FAX: (916) 920-7951
E MAIL: jaygreiner@midtown.net
5
ATTORNEY FOR DEFENDANT
6 KOUTKEO THI

7

8      IN THE UNITED STATES DISTRICT COURT FOR THE

9           EASTERN DISTRICT OF CALIFORNIA

10
| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.-S-08-391-GEB |
| PLAINTIFF, ) | STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS CONFERENCE TO OCTOBER 22, 2010 |
| v. ) | |
| KEOOUDONE N. PHAOUTHOUM, ) et al., ) | |
| DEFENDANTS. ) | |

17    Plaintiff United States of America, by its counsel, Assistant United States
18 Attorney, Mr. Michael M. Beckwith, and defendant John Li, by his attorney Mr.
19 Johnny L. Griffin, III  and defendant Koutkeo Thi, by her attorney Mr. James R.
20 Greiner, hereby stipulate and agree that the status conference calendared for **Friday,**
21 **July 16,  2010, at 9:00 a.m.** before the Honorable United States District Court Judge,
22 Garland E. Burrell, Jr., may be continued to **Friday, October 22, 2010, at 9:00 a.m,**
23 **and excluding time under the Speedy Trial Act under local code T-2 for**
24 **complexity** (Title 18 U.S.C. section 3161(h)(8)(B)(ii)) and **T-4**, reasonable time for
25 attorney preparation (Title 18 U.S.C. section 3161(h)(8)(B)(iv)).
26    The Court's courtroom deputy, Ms. Shani Furstenau, has been contacted to
27 ensure the Court's calendar was available for that date and the Court is available on

28                                     1

Friday, October 22, 2010.

There is no trial date set.

The Court has previously made a finding that this case is complex pursuant to the Speedy Trial Act, Title 18 U.S.C. section 3161(h)(8)(B)(ii) and local code T-2, which allowed the Court to make the finding that this case is so unusual or so complex, due to the number of defendants, the nature of the prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the time limits established by the Speedy Trial Act.  (See Docket Entries # 43, 52, 69, 85, 88, 94, 108 and 111). In addition,  the Court previously found from the record made with factual support, that time is to be excluded under local code T-4, that time is to be excluded  for the reasonable time necessary for effective preparation by defense counsel and Title 18 U.S.C. section 3161(h)(8)(B)(iv), of the speedy trial act. (See Docket Entries # 43, 52, 69, 85, 88, 94 and 111)

## DISCOVERY STATUS IN THE CASE

To date, the government has produce approximately over 4,700 pages both on CD's and hard copy and approximately over 2,000 telephone calls of various time duration.  The defense is in the continuing process of reviewing this large amount of discovery.

In addition, investigation by the defense is on going.

Further, the defense is continually evaluating the case in light of other defendants entering into plea deals with the government.

In addition, the review of the over 2,000 telephone calls continues and is continually being evaluated.

Finally, many of the defendants are in more than one indictment filed by the government and the complexity of multiple defendants in the multiple indictments, the complexity of the investigation based on multiple indictments, the complexity of

1 the legal issues in the multiple indictments and the complexity of attempting to
2 discuss with the government any type of resolution is complex due to the complexity
3 of multiple indictments.
4     Finally, the additional time is agreed to by the parties as being reasonably
5 necessary and prudent and outweighs all other interests in this case,  to allow for
6 further investigation and discussions between the parties in an attempt to resolve this
7 case short of trial.

## SPEEDY TRIAL ACT EXCLUSION OF TIME

The parties stipulate and agree that time under the Speedy Trial Act  shall continue to be excluded **up to and including Friday, October 22, 2010,  under** the Speedy Trial Act under Local Code T-2 (**complexity of case)** and Title 18 U.S.C. section 3161(h)(8)(B)(ii)and Local Code T-4 (**time for defense counsel preparation**) and Title 18 U.S.C. section 3161(h)(8)(B)(iv).

Respectfully submitted,
BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

DATED: 7-9-10

/s/ Michael M. Beckwith by e mail authorization
_____
Michael M. Beckwith
ASSISTANT UNITED STATES ATTORNEY

DATED: 7-9-10

/s/ Johnny L. Griffin, III by e mail authorization
_____
Johnny L. Griffin, III
Attorney for Defendant John Li

DATED: 7-9-10

/s/ James R. Greiner
_____
James R. Greiner
Attorney for Defendant Koutkeo Thi

# ORDER

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated: July 15, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge