**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951
E MAIL: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
KOUTKEO THI

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.-S-08-391-GEB |
| ) | |
| PLAINTIFF, ) | STIPULATION AND PROPOSED ORDER |
| ) | TO CONTINUE JUDGMENT AND |
| v. ) | SENTENCING TO FRIDAY |
| ) | SEPTEMBER 16, 2011 |
| KEOOUDONE N. PHAOUTHOUM, ) et al., ) | |
| ) | |
| DEFENDANTS. ) | |
| _____) | |

    Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr. Michael M. Beckwith, and defendant Koutkeo Thi, by her attorney Mr. James R. Greiner, hereby stipulate and agree that the presently set Judgment and Sentencing date, calendared for **Friday, August 26, 2011, at 9:00 a.m.** before the Honorable United States District Court Judge, Garland E. Burrell, Jr., may be vacated and the new Judgment and Sentencing date maybe set for **Friday, September 16, 2011, at 9:00 a.m.**

    The Court's courtroom deputy, Ms. Shani Furstenau, has been contacted to ensure the Court's calendar was available for that date and the Court is available on **Friday, September 16, 2011.** The defendant agrees and stipulates to a waiver of

1

time for her Judgment and Sentencing to Friday, September 16, 2011.

                                    Respectfully submitted,

                                    BENJAMIN B. WAGNER
                                    UNITED STATES ATTORNEY

                                    /s/ Michael M. Beckwith by e mail authorization

DATED: 8-23-11

                                    Michael M. Beckwith
                                    ASSISTANT UNITED STATES ATTORNEY

DATED: 8-23-11                  /s/ James R. Greiner

                                    James R. Greiner
                                    Attorney for Defendant Koutkeo Thi

## ORDER

**FOR GOOD CAUSE SHOWN,**

The Judgment and Sentencing date scheduled for Friday, August 23, 2011, is vacated and the new Judgment and Sentencing date is **Friday, September 16, 2011.**

Dated:  August 25, 2011

                                    GARLAND E. BURRELL, JR.
                                    United States District Judge